FILED'07 JUN 27 12:08 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| OREGON ETHIOPIAN COMMUNITY ORGANIZATION, an Oregon nonprofit corporation, )<br>)<br>)<br>)<br>          Plaintiff, )<br>)<br>    vs. )<br>)<br>SHIMELES GESSESSE, an individual, OREGON ABYSSINIA SOCCER CLUB CORP., an Oregon corporation, and ABYSSINIA SOCCER CLUB OF OREGON, an Oregon DBA, )<br>)<br>)<br>)<br>)<br>)<br>          Defendants. )<br>)<br>SHIMELES GESSESSE, an individual, OREGON ABYSSINIA SOCCER CLUB CORP., an Oregon corporation, and ABYSSINIA SOCCER CLUB OF OREGON, an Oregon DBA, )<br>)<br>)<br>)<br>)<br>          Third-Party Plaintiffs, )<br>)<br>    vs. ) | Case No. 06-109-JE<br><br>ORDER |

Page 1 - ORDER

|   |   |
|---|---|
| ABRAHAM DEMISSIE, an individual, | ) |
| ABERASH ASSEFA, an individual, | ) |
| TESFAYE ELEME, an individual, | ) |
| FEJISO KABETO, an individual, | ) |
| BERHANU TESSEMA, an individual, | ) |
| YARED MENGESHA, an individual, | ) |
| and DOES 1-20, | ) |
|   | ) |
| Third-Party Defendants. | ) |

Ronald H. Elzinga
Elzinga & Associates LLC
888 Jeffrey Center
1020 SW Taylor St.
Portland, OR  97205

    Attorney for Plaintiffs

Julie R. Vacura
William L. Larkins, Jr.
Larkins Vacura, LLP
808 SW Third Ave., Suite 540
Portland, Oregon  97204

    Attorneys for Defendants

KING, Judge:

The Honorable John Jelderks, United States Magistrate Judge, filed Findings and Recommendation on May 31, 2007.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); see also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Page 2 - ORDER

Accordingly, I ADOPT Magistrate Judge Jelderks' Findings and Recommendation (#64).

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (#43) is GRANTED. Defendants' Motion to Strike the Affidavit of Aleme and Alternative Motion for Leave to Take Aleme's Deposition (359) are DENIED.

Dated this 27 day of June, 2007.

/s/ Garr M. King
Garr M. King
United States District Judge